1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Isidoro Ortiz-Trejo

7

8                **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
9

10 ISIDORO ORTIZ-TREJO,          )  Case No.: CV 10-2797 CW
                                 )
11         Plaintiff,            )  ORDER AWARDING EQUAL
                                 )  ACCESS TO JUSTICE ACT
12     vs.                       )  ATTORNEY FEES AND EXPENSES
                                 )  PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,            )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
14                               )
           Defendant             )
15                               )
                                 )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of ONE THOUAND

20 DOLLARS ($1,000) as authorized by 28 U.S.C. § 2412 be awarded subject to the

21 terms of the Stipulation.

22 DATE:   November 8, 2010

23                    _____/S/_____
                     THE HONORABLE CARLA WOEHRLE
24                   UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Brian C. Shapiro*
  | _____
4 | Brian C. Shapiro
  | Attorney for plaintiff Isidoro Ortiz-Trejo

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26